**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**World Marketing Atlanta, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**47-1713393** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**1301 W. Canal Street**<br>**Suite 100**<br>**Milwaukee, WI 53233**       ZIP CODE **53233-0000** | Street Address of Joint Debtor (No. & Street, City, and State):       ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Milwaukee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):       ZIP CODE | Mailing Address of Joint Debtor (if different from street address):       ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): **1961 S. Cobb Industrial Blvd. Smyrna, GA 30082-4915**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check **one** box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>-------------------------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                                                         THIS SPACE IS FOR COURT USE ONLY

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

**B1 (Official Form 1) (04/13)** **Page 2**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | ✔ $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ✔ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **World Marketing Atlanta, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: Subsidiary of same non-debtor holding company;co-debtor for same secured debt | |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **World Marketing Atlanta, LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br><br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br> X _____ <br> Signature of Debtor <br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> _____ <br> Date |
| **Signature of Attorney*** <br> X _____ <br> Signature of Attorney for Debtor(s) <br> **JEFFREY C. DAN 06242750** <br> Printed Name of Attorney for Debtor(s) <br> **Crane, Heyman, Simon, Welch & Clar** <br> Firm Name <br> **Suite 3705** <br> **135 South LaSalle Street** <br> **Chicago, IL 60603-4297** <br> Address <br><br> **312-641-6777 Fax:312-641-7114** <br> Telephone Number <br><br> _____ <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** <br><br> I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br> X _____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** <br> I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br> X _____ <br> Signature of Authorized Individual <br> **Robert W. Kraft** <br> Printed Name of Authorized Individual <br> **President of Manager of Debtor's Manager** <br> Title of Authorized Individual <br><br> _____ <br> Date | |

In re **World Marketing Atlanta, LLC**                                                                   Case No.
                                    Debtor(s)

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **World Marketing Chicago, LLC**<br>**Northern District of Illinois** | **15-32968**<br><br>Subsidiary of same non-debtor holding company; co-debtor for same secured debt | **9/28/15**<br>Timothy A. Barnes |
| **World Marketing Dallas, LLC**<br>**Northern District of Illinois** | **15-**<br><br>Subsidiary of same non-debtor holding company; co-debtor for same secured debt | **9/28/15** |

B1 (Official Form 1)(04/13)  Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | World Marketing Atlanta, LLC |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _/s/ Jeffrey C. Dan_____
Signature of Attorney for Debtor(s)
**JEFFREY C. DAN  06242750**
Printed Name of Attorney for Debtor(s)
**Crane, Heyman, Simon, Welch & Clar**
Firm Name
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Address

**312-641-6777   Fax: 312-641-7114**
Telephone Number
**September 28, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Robert W. Kraft_____
Signature of Authorized Individual
**Robert W. Kraft**
Printed Name of Authorized Individual
**President of Manager of Debtor's Manager**
Title of Authorized Individual
**September 28, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **World Marketing Atlanta, LLC**    Case No.
Debtor(s)    Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Accu Tek Imaging Resource, Inc.**<br>3957 Schaefer Ave.<br>Chino, CA 91710 | **Accu Tek Imaging Resource, Inc.**<br>3957 Schaefer Ave.<br>Chino, CA 91710 | | | **20,916.24** |
| **Bid to Print, Inc.**<br>1953 Gallows Road, Suite 600<br>Vienna, VA 22182 | **Bid to Print, Inc.**<br>1953 Gallows Road, Suite 600<br>Vienna, VA 22182 | | | **9,463.61** |
| **Cobb County Tax Commissioner**<br>700 S. Cobb Drive SE<br>Marietta, GA 30060-3162 | **Cobb County Tax Commissioner**<br>700 S. Cobb Drive SE<br>Marietta, GA 30060-3162 | | | **14,858.48** |
| **Continuous Printing Solutions, Inc.**<br>P.O. Box 824477<br>Philadelphia, PA 19182-4477 | **Continuous Printing Solutions, Inc.**<br>P.O. Box 824477<br>Philadelphia, PA 19182-4477 | | | **40,836.00** |
| **CoWorx Staffing Services**<br>P.O. Box 417543<br>Boston, MA 02241-7543 | **CoWorx Staffing Services**<br>P.O. Box 417543<br>Boston, MA 02241-7543 | | | **15,918.66** |
| **Custom Graphic Services**<br>5110 Rondo Drive<br>Fort Worth, TX 76106 | **Custom Graphic Services**<br>5110 Rondo Drive<br>Fort Worth, TX 76106 | | | **7,077.00** |
| **Eastman Kodak Co.**<br>P.O. Box 640350<br>Pittsburgh, PA 15264-0350 | **Eastman Kodak Co.**<br>P.O. Box 640350<br>Pittsburgh, PA 15264-0350 | | | **16,799.13** |
| **Ennis, Inc.**<br>PrintXcel<br>P.O. Box 841741<br>Dallas, TX 75284-1741 | **Ennis, Inc.**<br>PrintXcel<br>P.O. Box 841741<br>Dallas, TX 75284-1741 | | | **21,775.01** |
| **Essentra**<br>10950 Belcher Rd. S<br>Largo, FL 33777 | **Essentra**<br>10950 Belcher Rd. S<br>Largo, FL 33777 | | | **12,831.00** |
| **First Edge Solutions, Inc.**<br>4230 N. Oakland #290<br>Milwaukee, WI 53211-2042 | **First Edge Solutions, Inc.**<br>4230 N. Oakland #290<br>Milwaukee, WI 53211-2042 | | | **33,615.59** |

B4 (Official Form 4) (12/07) - Cont.

In re  **World Marketing Atlanta, LLC**                             Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **GE Capital**<br>P.O. Box 740423<br>Atlanta, GA 30374-0423 | **GE Capital**<br>P.O. Box 740423<br>Atlanta, GA 30374-0423 | | | 10,389.60 |
| **Goelzer Industries**<br>201 E. Trinity Blvd.<br>Grand Prairie, TX 75050 | **Goelzer Industries**<br>201 E. Trinity Blvd.<br>Grand Prairie, TX 75050 | | | 16,586.60 |
| **Mac Papers**<br>P.O. Box 930513<br>Atlanta, GA 31193 | **Mac Papers**<br>P.O. Box 930513<br>Atlanta, GA 31193 | | | 89,843.28 |
| **Micro Computer Solutions, Inc.**<br>8101 Cessna Ave.<br>Gaithersburg, MD 20879 | **Micro Computer Solutions, Inc.**<br>8101 Cessna Ave.<br>Gaithersburg, MD 20879 | | | 64,491.18 |
| **RR Donnelley Logistics Services**<br>P.O. Box 538602<br>Atlanta, GA 30353-8602 | **RR Donnelley Logistics Services**<br>P.O. Box 538602<br>Atlanta, GA 30353-8602 | | | 195,852.35 |
| **Sull Graphics**<br>1100 Northmeadow Pkwy<br>Suite 120<br>Roswell, GA 30076 | **Sull Graphics**<br>1100 Northmeadow Pkwy<br>Suite 120<br>Roswell, GA 30076 | | | 53,311.44 |
| **Three Z Printing**<br>P.O. Box 782878<br>Philadelphia, PA 19178-2878 | **Three Z Printing**<br>P.O. Box 782878<br>Philadelphia, PA 19178-2878 | | | 18,331.40 |
| **U.S. Tape and Label Corp.**<br>2092 Westport Center Drive<br>Saint Louis, MO 63146-3564 | **U.S. Tape and Label Corp.**<br>2092 Westport Center Drive<br>Saint Louis, MO 63146-3564 | | | 5,118.92 |
| **Unisource Worldwide, Inc.**<br>P.O. Box 409884<br>Atlanta, GA 30384-9884 | **Unisource Worldwide, Inc.**<br>P.O. Box 409884<br>Atlanta, GA 30384-9884 | | | 3,632.80 |
| **Window Book, Inc.**<br>300 Franklin St.<br>Cambridge, MA 02139-3781 | **Window Book, Inc.**<br>300 Franklin St.<br>Cambridge, MA 02139-3781 | | | 4,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **World Marketing Atlanta, LLC**　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the President of Manager of Debtor's Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 28, 2015**　　　　　　　Signature **/s/ Robert W. Kraft**
　　　　　　　　　　　　　　　　　　　　　　　　　**Robert W. Kraft**
　　　　　　　　　　　　　　　　　　　　　　　　　**President of Manager of Debtor's Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B4 (Official Form 4) (12/07) - Cont.

In re  World Marketing Atlanta, LLC
               Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of Manager of Debtor's Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  September 28, 2015

Signature  /s/ Robert W. Kraft
           **Robert W. Kraft**
           **President of Manager of Debtor's Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **World Marketing Atlanta, LLC**                    ,     Case No. _____

Debtor

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **World Marketing Holdings LLC**<br>**1301 W Canal St.**<br>**Suite 100**<br>**Milwaukee, WI 53233** | **Member** | **100%** | **Membership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of Manager of Debtor's Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 28, 2015**              Signature  **/s/ Robert W. Kraft**
                                                       **Robert W. Kraft**
                                                       **President of Manager of Debtor's Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**     continuation sheets attached to List of Equity Security Holders

**United States Bankruptcy Court**
Northern District of Illinois

In re: World Marketing Atlanta, LLC

Debtor

Case No. _____

Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| World Marketing Holdings LLC<br>1301 W Canal St.<br>Suite 100<br>Milwaukee, WI 53233 | Member | 100% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of Manager of Debtor's Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: September 28, 2015

Signature: _____
Robert W. Kraft
President of Manager of Debtor's Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re  **World Marketing Atlanta, LLC**          Case No.
Debtor(s)           Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:          **66**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **September 28, 2015**          **/s/ Robert W. Kraft**
**Robert W. Kraft**/**President of Manager of Debtor's Manager**
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re: World Marketing Atlanta, LLC  
Debtor(s)

Case No.  
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 66

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: September 28, 2015

Robert W. Kraft/President of Manager of Debtor's Manager  
Signer/Title

```
Accu Tek Imaging Resources, InCintas Corporation #071    FedEx
3957 Schaefer Ave.              3600 Kennesaw 75 Pkwy NW  P.O. Box 660481
Chino, CA 91710                 Kennesaw, GA 30144-6403   Dallas, TX 75266-0481


ADP, Inc.                       Cintas Fire Protection FAS First Edge Solutions, In
P.O. Box 842875                 P.O. Box 636525           4230 N. Oakland #290
Boston, MA 02284-2875           Cincinnati, OH 45263-6525 Milwaukee, WI 53211-2042


Apple Courier                   Cobb County Tax Commissioner GE Capital
375 Franklin Road, Suite 450    700 S. Cobb Drive SE      P.O. Box 740423
Marietta, GA 30067              Marietta, GA 30060-3162   Atlanta, GA 30374-0423


Associated Bank, N.A.           Continuous Printing Solutions, IncGeorgia Natural Gas
330 E. Kilbourn Ave.            P.O. Box 824477           P.O. Box 105445
Suite 200                       Philadelphia, PA 19182-4477 Atlanta, GA 30348-5445
Milwaukee, WI 53202


Bell & Howell, LLC              CoWorx Staffing Services  Global Industrial EquipmC
7049 Solution Center            P.O. Box 417543           P.O. Box 905713
Chicago, IL 60677-7000          Boston, MA 02241-7543     Charlotte, NC 28290-5713


Bid to Print, Inc.              Custom Graphic Services   Goelzer Industries
1953 Gallows Road, Suite 600    5110 Rondo Drive          201 E. Trinity Blvd.
Vienna, VA 22182                Fort Worth, TX 76106      Grand Prairie, TX 75050


Brink's Incorporated            Eastman Kodak Co.         Home Depot
P.O. Box 101031                 P.O. Box 640350           Credit Dept. 32-25013980
Atlanta, GA 30392-1031          Pittsburgh, PA 15264-0350 P.O. Box 9055
                                                          Des Moines, IA 50368-905


Business Systems Sales          Elite Vending             Impact Telecom, Inc.
1067 Foreststone Way            P.O. Box 1020             P.O. Box 660780
Marietta, GA 30064              Dallas, GA 30132          Dallas, TX 75266-0780


CA Short Company                Ennis, Inc.               InterCall
P.O. Box 890151                 PrintXcel                 P.O. Box 281866
Charlotte, NC 28289-0151        P.O. Box 841741           Atlanta, GA 30384-1866
                                Dallas, TX 75284-1741


Carolina Handling               Essentra                  John Sieger
P.O. Box 890352                 10950 Belcher Rd. S       Katten Muchin Rosenman LL
Charlotte, NC 28289-0352        Largo, FL 33777           525 W. Monroe
                                                          Chicago, IL 60661
```

| | | |
|---|---|---|
| Label Source, Ltd.<br>P.O. Box 859<br>Coppell, TX 75019-9998 | Old Fashion Foods, Inc.<br>5521 Collins Road SW<br>Austell, GA 30106 | Service Technologies<br>Attn: Lee Carr<br>8675 Steeplechase Dr.<br>Roswell, GA 30076 |
| Mac Papers<br>P.O. Box 930513<br>Atlanta, GA 31193 | Pilgrim Mat Services<br>P.O. Box 1943<br>Tucker, GA 30085-1943 | Simprint, LLC<br>3001 Story Road W<br>Irving, TX 75038 |
| Mark C. Pope Assoc., Inc.<br>4910 Martin Court SE<br>Smyrna, GA 30082-4938 | Pitney Bowes<br>Accounts Receivable Dept.<br>P.O. Box 371896<br>Pittsburgh, PA 15250-7896 | Southeast Mailing Equip.<br>4655 Church Rd.<br>Suite 200<br>Cumming, GA 30040-4004 |
| Metro PCS Payments Atlanta<br>P.O. Box 5119<br>Carol Stream, IL 60197-5119 | Pitney Bowes Global<br>Financial Services<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | Staples Advantage, Inc.<br>Dept ATL<br>P.O. Box 405386<br>Atlanta, GA 30384-5386 |
| Micro Computer Solutions, Inc.<br>8101 Cessna Ave.<br>Gaithersburg, MD 20879 | Printing Ind. Assoc. of Ga.<br>5020 Highlands Pkwy<br>Smyrna, GA 30082 | Sull Graphics<br>1100 Northmeadow Pkwy<br>Suite 120<br>Roswell, GA 30076 |
| MSC Industrial Supply Co., Inc.<br>Dept. Ch 0075<br>Palatine, IL 60055-0075 | R.F. Knox Company, Inc.<br>P.O. Box 1337<br>Smyrna, GA 30081 | Three Z Printing<br>P.O. Box 782878<br>Philadelphia, PA 19178-2 |
| Mutual of Omaha<br>Payment Processing Center<br>P.O. Box 2147<br>Omaha, NE 68103-2147 | Robert W. Kraft<br>1479 E. Lilac Lane<br>Milwaukee, WI 53217 | U.S. Tape and Label Corp<br>2092 Westport Center Driv<br>Saint Louis, MO 63146-35 |
| Oakdale Ace Hardware<br>4359 W. Atlanta Rd.<br>Smyrna, GA 30080 | RR Donnelley Logistics Services<br>P.O. Box 538602<br>Atlanta, GA 30353-8602 | Uline<br>P.O. Box 88741<br>Chicago, IL 60680-1741 |
| Oakdale Locksmith Service, Inc.<br>3856 Rock Cliff Drive<br>Smyrna, GA 30082 | Sam's Wholesale Club<br>P.O. Box 530981<br>Atlanta, GA 30353-0981 | Unisource Worldwide, Inc<br>P.O. Box 409884<br>Atlanta, GA 30384-9884 |
| Ogden Forklifts, Inc.<br>P.O. Box 43606<br>Atlanta, GA 30336 | Samuel Scott Norton<br>1710 Costley Mill<br>Conyers, GA 30013 | United Parcel Service<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0 |

```
United Technology Group LLC
3360 Martin Farm Road
Suite 100
Suwanee, GA 30024



Verizon Business
P.O. Box 660072
Dallas, TX 75266-0072



Waste Management
P.O. Box 105453
Atlanta, GA 30348



Window Book, Inc.
300 Franklin St.
Cambridge, MA 02139-3781



World Marketing CHI
7950 Joliet Rd.
McCook, IL 60525



YP
(AT&T Advertising & Publishing)
P.O. Box 5010
Carol Stream, IL 60197-5010
```